**FILED**
AUG - 2 2000
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPU

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| PRUDENTIAL SECURITIES CREDIT CORP., <br><br>PLAINTIFF, <br>v <br><br>MORTGAGE CAPITAL RESOURCES CORPORATION, et al, <br><br>DEFENDANTS. | CASE NUMBER <br><br>SACV 00-00538 GLT (ANx) <br><br>ORDER TO REASSIGN CASE UPON RECUSAL MAGISTRATE JUDGE <br>☒ FOR DISCOVERY   ☐ PER GENERAL ORDER 194 |
|---|---|

The undersigned Magistrate Judge recuses himself from this case pursuant to 28 USC §455(a), and HEREBY ORDERS the case reassigned by the Clerk in accordance with section 3.3 of General Order 224, and

IT IS FURTHER ORDERED that the Clerk serve copies of this order forthwith by first class mail on counsel for all parties appearing in this case.

DATED August 2, 2000

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

---

**NOTICE TO COUNSEL FROM THE CLERK:**

This case has been randomly referred to Magistrate Judge ___Elgin Edwards___. On all documents subsequently filed in this case, substitute the initials _GLT (EEx)_ after the case number in place of the initials of the prior Magistrate Judge so that the case number will read as: SA CV _00-538-GLT (EEx)_ .
This is very important because documents are routed to the Magistrate Judge by means of the initials

---

CV-110 (5/98)          ORDER TO REASSIGN CASE UPON RECUSAL MAGISTRATE JUDGE

ENTER ON ICMS
AUG - 3 2000

(25)