Stuart B. Wolfe, Esq. (SBN 156471)
Jack H. Snyder, Esq. (SBN 109944)
WOLFE & WYMAN LLP
2600 Michelson Drive, Suite 250
Irvine, California 92612-6503
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Associated Attorneys for Defendant and Cross-Defendant
BENEFIT LAND TITLE INSURANCE COMPANY

FILED
OCT 18 2002
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

__ Priority
X  Send
__ Clsd
__ Enter
__ JS-5/JS-6
__ JS-2/JS-3

| | |
|---|---|
| PRUDENTIAL SECURITIES CREDIT CORP., LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE CAPITAL RESOURCES CORPORATION; KEN KETNER; BENEFIT LAND TITLE; FIDELITY NATIONAL TITLE COMPANY; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DIANNE D. DAVID; EUGENE B. MEILAK; LEILANI MEILAK; DONALD W. GETTY; RICHARD G. BENTER; CHARLES VUYTOWECZ; J. STEPHEN WHEATLEY; DIANE L. CALZADA; VICTOR H. BOYD, II, TRUSTEE FOR THE VICTOR AND BERNADINE FAMILY TRUST; MONIQUE BRAUD; PAMELA L. MILLER; REPUBLIC BANK; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTIES DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; and DOES 1 through 10,<br><br>Defendants. | Case No. SA CV 00-538 GLT (Eex)<br><br>(Action filed: May 31, 2000)<br><br>STIPULATION AND ORDER OF DISMISSAL OF<br>(1) PRUDENTIAL SECURITIES CREDIT CORPORATION'S COMPLAINT, IN ITS ENTIRETY, AND (2) BENEFIT LAND TITLE INSURANCE COMPANY'S CROSS-CLAIMS, IN THEIR ENTIRETY, WITH THE EXCEPTION OF BENEFIT'S CROSS-CLAIMS AGAINST S.C.I.T.S. EDUCATIONAL FOUNDATION, LTD. |

ENTER ON ICMS
OCT 21 2002

152

CASE NO. SA CV 00-538 GLT (Eex)
STIPULATION AND ORDER OF DISMISSAL OF BENEFIT'S CROSS-CLAIM

| | |
|---|---|
| REPUBLIC BANK, | ) |
| | ) |
|     Counter-Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| PRUDENTIAL SECURITIES CREDIT CORP., LLC, et al. | ) |
| | ) |
|     Counter-Defendants. | ) |
| REPUBLIC BANK, | ) |
| | ) |
|     Cross-Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| MORTGAGE CAPITAL RESOURCES CORPORATION, et al. | ) |
| | ) |
|     Counter-Defendants. | ) |
| BENEFIT LAND TITLE INSURANCE COMPANY, | ) |
| | ) |
|     Counter-Claimant, | ) |
| v. | ) |
| | ) |
| REPUBLIC BANK, | ) |
| | ) |
|     Counter-Defendant. | ) |
| BENEFIT LAND TITLE INSURANCE COMPANY, | ) |
| | ) |
|     Cross-Claimant, | ) |
| v. | ) |
| | ) |
| RICHARD G. BENTER; VICTOR H. BOYD, II; VICTOR H. BOYD, II, TRUSTEE FOR THE VICTOR & BERNADINE FAMILY TRUST; DIANNE D. DAVID; CHARLES E. NEIGHBARGER; DONALD W. PETTY; S.C.I.T.S. EDUCATIONAL FOUNDATION LTD; ALL PERSONS OR ENTITIES UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE REAL PROPERTIES DESCRIBED IN THE COUNTER-CLAIM AND CROSS-CLAIM ADVERSE TO BENEFIT LAND TITLE INSURANCE COMPANY'S INTEREST, | ) |

```
named as ROES 11-50,           )
inclusive; and ROES 51-100,    )
inclusive,                     )
                               )
        Cross-Defendants.      )
_____ )
```

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the cross-claims of Benefit Land Title Insurance Company shall be dismissed, in their entirety, with prejudice, except as to cross-defendant S.C.I.T.S. Educational Foundation, Ltd., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**IT IS FURTHER STIPULATED** by and between the parties hereto, through their respective counsel, that the complaint of Prudential Securities Credit Corporation shall be dismissed, with prejudice, in its entirety, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The parties agree that facsimile signatures upon this Stipulation are sufficient for its submission to the Court, and that the stipulation may be executed in counterparts.

**IT IS SO STIPULATED.**

DATED: September _____, 2002          KEESAL, YOUNG & LOGAN


                                      By:_____
                                         KIMBERLY WONG
                                      Attorneys for Plaintiff and
                                      Cross-Defendant **PRUDENTIAL
                                      SECURITIES CREDIT CORP., LLC**

///

///

named as ROES 11-50, )
inclusive; and ROES 51-100, )
inclusive, )
)
    Cross-Defendants. )
_____ )

IT IS **HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the cross-claims of Benefit Land Title Insurance Company shall be dismissed, in their entirety, with prejudice, except as to cross-defendant S.C.I.T.S. Educational Foundation, Ltd., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

IT IS **FURTHER STIPULATED** by and between the parties hereto, through their respective counsel, that the complaint of Prudential Securities Credit Corporation shall be dismissed, with prejudice, in its entirety, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The parties agree that facsimile signatures upon this Stipulation are sufficient for its submission to the Court, and that the stipulation may be executed in counterparts.

IT IS SO **STIPULATED**.

DATED: September 24, 2002    KEESAL, YOUNG & LOGAN

By: _____
    KIMBERLY WONG
Attorneys for Plaintiff and
Cross-Defendant PRUDENTIAL
SECURITIES CREDIT CORP., LLC

///
///

DATED: September 20, 2002       PARILLA, MILITZOK & SHEDDEN LLP

By: /s/ Marc Ettinger
MARC ETTINGER
PAUL H. PARILLA
Attorneys for Defendants and
Cross-Defendants RICHARD G.
BENTER, DONALD W. PETTY, ALBERT
ADAMS, SHIRLEY A. GREELEY, and
CHARLES E. NEIGHBARGER

DATED: September ___, 2002      LAW OFFICES OF PATRICK E.
                                CATALANO

By: _____
Patrick E. Catalano
Attorneys for Defendants and
Cross-Defendants DIANNE DAVID

DATED: September 30, 2002       WOLFE & WYMAN LLP

By: /s/ Jack H. Snyder
JACK H. SNYDER
Associated Attorneys for
Defendant and Cross-Defendant
BENEFIT LAND TITLE INSURANCE
COMPANY

## ORDER

Pursuant to the stipulation of the parties hereto,

**IT IS HEREBY ORDERED** that the cross-claims of Benefit Land Title Insurance Company shall be dismissed in their entirety, with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), except as to cross-defendant S.C.I.T.S. Educational Foundation., Ltd., which previously was dismissed without prejudice; and

///

///

| | |
|---|---|
| DATED: September ___, 2002 | PARILLA, MILITZOK & SHEDDEN LLP |
| | By: _____<br>MARC ETTINGER<br>PAUL H. PARILLA<br>Attorneys for Defendants and Cross-Defendants RICHARD G. BENTER, DONALD W. PETTY, ALBERT ADAMS, SHIRLEY A. GREELEY, and CHARLES E. NEIGHBARGER |
| DATED: September 11, 2002 | LAW OFFICES OF PATRICK E. CATALANO<br><br>By: _____<br>Patrick E. Catalano<br>Attorneys for Defendants and Cross-Defendants DIANNE DAVID |
| DATED: September ___, 2002 | WOLFE & WYMAN LLP<br><br>By: _____<br>JACK H. SNYDER<br>Associated Attorneys for Defendant and Cross-Defendant BENEFIT LAND TITLE INSURANCE COMPANY |

## ORDER

Pursuant to the stipulation of the parties hereto,

**IT IS HEREBY ORDERED** that the cross-claims of Benefit Land Title Insurance Company shall be dismissed in their entirety, with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), except as to cross-defendant S.C.I.T.S. Educational Foundation., Ltd., which previously was dismissed without prejudice; and

///
///

4

CASE NO. SA CV 00-538 GLT (Eex)
STIPULATION AND ORDER OF DISMISSAL OF BENEFIT'S CROSS-CLAIM

WOLFE & WYMAN LLP
ATTORNEYS AND COUNSELORS AT LAW
2800 MICHELSON DRIVE, SUITE 260
IRVINE, CALIFORNIA 92612-8503
TEL (949) 475-9200 • FAX (949) 475-9203

DATED: September ____, 2002     PARILLA, MILITZOK & SHEDDEN LLP

By:_____
    MARC ETTINGER
    PAUL H. PARILLA
Attorneys for Defendants and Cross-Defendants **RICHARD G. BENTER, DONALD W. PETTY, ALBERT ADAMS, SHIRLEY A. GREELEY, and CHARLES E. NEIGHBARGER**

DATED: September ____, 2002     LAW OFFICES OF PATRICK E. CATALANO

By:_____
    Patrick E. Catalano
Attorneys for Defendants and Cross-Defendants **DIANNE DAVID**

DATED: September ____, 2002     WOLFE & WYMAN LLP

By:_____
    JACK H. SNYDER
Associated Attorneys for Defendant and Cross-Defendant **BENEFIT LAND TITLE INSURANCE COMPANY**

## ORDER

Pursuant to the stipulation of the parties hereto,

**IT IS HEREBY ORDERED** that the cross-claims of Benefit Land Title Insurance Company shall be dismissed in their entirety, with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), except as to cross-defendant S.C.I.T.S. Educational Foundation., Ltd., which previously was dismissed without prejudice; and

///

///

1 **IT IS FURTHER ORDERED** that the complaint of Prudential Securities Credit Corporation shall be dismissed in its entirety, with prejudice, pursuant to F.R.C.P. Rule 41(a)(1).

DATED: 10/18/02

_____
HONORABLE GARY L. TAYLOR
UNITED STATES DISTRICT JUDGE

H:\matters\Benefit Land Title (1168)\005 (Prudential)\Pleadings\Stip Re Dismissal re Cross-Claim 002.wpd

WOLFE & WYMAN LLP
ATTORNEYS AND COUNSELORS AT LAW
2600 MICHELSON DRIVE, SUITE 250
IRVINE, CALIFORNIA 92612-6503
TEL (949) 475-9200 ♦ FAX (949) 475-9203