1  SUZANNE M. HANKINS, Bar No. 157837
   SEVERSON & WERSON
2  A Professional Corporation
   The Atrium
3  19100 Von Karman, Suite 700
   Irvine, CA 92612
4  Telephone: (949) 442-7110
   Facsimile: (949) 442-7118
5
   Attorneys for Cross-Claimant,
6  REPUBLIC BANK



Priority
Send

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10

11 PRUDENTIAL SECURITIES CREDIT ) No. SA CV 00-538 GLT (EEx)
   CORP., LLC, )
12                                           ) (Action filed May 31, 2000)
                   Plaintiff,                )
13                                           )
          vs.                                )
14                                           )
   MORTGAGE CAPITAL RESOURCES ) **STIPULATION AND**
15 CORPORATION; KEN KETNER;                  ) [PROPOSED] **ORDER**
   BENEFIT LAND TITLE; FIDELITY              ) **CONTINUING PRETRIAL**
16 NATIONAL TITLE COMPANY;                   ) **CONFERENCE**
   FIDELITY NATIONAL TITLE                   )
17 INSURANCE COMPANY; DIANNE D. )
   DAVID; EUGENE B. MEILAK; LEILANI )
18 MEILAK; DONALD W. PETTY;                  )
   RICHARD G. BENTNER; CHARLES               )
19 VUYTOWECZ; J. STEPHEN                     ) **PRETRIAL CONFERENCE:**
   WHEATLEY; DIANE L. CALZADA;               )
20 VICTOR H. BOYD, II, TRUSTEE FOR ) DATE: December 3, 2004
   THE VICTOR AND BERNADINE                  ) TIME: 1:30 p.m.
21 FAMILY TRUST; MONIQUE BRAUD; ) CTRM: 10-D
   PAMELA L. MILLER; REPUBLIC BANK;)
22 ALL PERSONS UNKNOWN CLAIMING )
   ANY LEGAL OR EQUITABLE RIGHT, )
23 TITLE, ESTATE, LIEN OR INTEREST IN )
   THE PROPERTIES DESCRIBED IN THE )
24 COMPLAINT ADVERSE TO                      )
   PLAINTIFF'S TITLE, OR ANY CLOUD )
25 ON PLAINTIFF'S TITLE THERETO; and )
   DOES 1 through 10,                        )
26                                           )
                   Defendants.               )
27                                           )

28 40006/0004/515617.1



ORIGINAL

STIPULATION AND [PROPOSED] ORDER
CONTINUING PRETRIAL CONFERENCE

| | |
|---|---|
| 1 | REPUBLIC BANK, |
| 2 | Counter-Claimant, |
| 3 | vs. |
| 4 | PRUDENTIAL SECURITIES CREDIT CORP., LLC; ALL PERSONS UNKNOWN |
| 5 | CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, |
| 6 | LIEN OR INTEREST IN THE PROPERTIES DESCRIBED IN THE |
| 7 | COMPLAINT ADVERSE TO COUNTERCLAIMANT'S TITLE, OR |
| 8 | ANY CLOUD ON COUNTERCLAIMANT'S TITLE |
| 9 | THERETO; and ROES 1 through 10, |
| 10 | Counter-Defendants. |
| 11 | REPUBLIC BANK, |
| 12 | Cross-Claimant, |
| 13 | vs. |
| 14 | MORTGAGE CAPITAL RESOURCES CORPORATION; KENNETH C. KETNER; |
| 15 | CHERYL KETNER; BENEFIT LAND TITLE INSURANCE COMPANY; |
| 16 | FIDELITY NATIONAL TITLE INSURANCE COMPANY; DIANNE D. |
| 17 | DAVID; EUGENE B. MEILAK; LEILANI MEILAK; DONALD W. PETTY; |
| 18 | RICHARD G. BENTER; CHARLES VUYTOWECZ; J. STEPHEN |
| 19 | WHEATLEY; VICTOR H. BOYD, II, TRUSTEE FOR THE VICTOR AND |
| 20 | BERNADINE FAMILY TRUST; MONIQUE BRAUD; PAMELA L. |
| 21 | MILLER; ALBERT ADAMS; SHIRLEY A. GREELEY-ADAMS; CHARLES E. |
| 22 | NEIGHBARGER; S.C.I.T.S. EDUCATIONAL FOUNDATION, LTD.; |
| 23 | NORTON PARTNERS, LTD.; ANNE ALEXANDER; ALLEN E. JOHNSON; |
| 24 | DIANE L. CALZADA; BEVERLY BUCK; ALL PERSONS UNKNOWN CLAIMING |
| 25 | ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN |
| 26 | THE PROPERTIES DESCRIBED IN THE COMPLAINT ADVERSE TO CROSS- |
| 27 | CLAIMANT'S TITLE, OR ANY CLOUD |
| 28 | 40006/0004/515617.1          - 2 - |

| | |
|---|---|
| ON CROSS-CLAIMANT'S TITLE THERETO; and ROES 1 through 10, | ) ) ) |
| Cross-Defendants. | ) ) |
| BENEFIT LAND TITLE INSURANCE COMPANY, | ) ) ) |
| Counter-Claimant, | ) ) |
| vs. | ) ) |
| REPUBLIC BANK, | ) ) |
| Counter-Defendant. | ) ) |
| BENEFIT LAND TITLE INSURANCE COMPANY, | ) ) ) |
| Cross-Claimant, | ) ) |
| vs. | ) ) |
| RICHARD G. BENTER; VICTOR H. BOYD, II; VICTOR H. BOYD, II, TRUSTEE FOR THE VICTOR & BERNADINE FAMILY TRUST; DIANNE D. DAVID; CHARLES E. NEIGHBARGER; DONALD W. PETTY; S.C.I.T.S. EDUCATIONAL FOUNDATION LTD; ALL PERSONS OR ENTITIES UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE REAL PROPERTIES DESCRIBED IN THE COUNTER-CLAIM AND CROSS-CLAIM, et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Cross-Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the Pretrial Conference in this matter should be continued for a minimum of two hundred ten (210) days, in the interests of the parties and the court, based upon the following:

1. The only issues remaining open in this action pertain to the Cross-Claim of Republic Bank ("Republic") filed on or about August 21, 2000. All other complaints, cross-claims and counter-claims have been settled and dismissed.

40006/0004/515617.1     -3-

2. Cross-defendant Mortgage Capital Resource Corporation ("MCRC") filed a voluntary Chapter 11 Bankruptcy Petition on January 30, 2001 in the United States Bankruptcy Court, Central District of California, Case No. SA01-10726-JB. On or about January 7, 2002, MCRC filed an adversary complaint against cross-claimant Republic Bank ("Republic"), entitled *Mortgage Capital Resource Corporation vs. Republic Bank and Fidelity National Title Insurance Inc.*, Adversary Proceeding No. 02-01100. Republic and MCRC reached a settlement which was approved by the Bankruptcy Court and the adversary proceeding was dismissed with prejudice on August 22, 2002. As part of the settlement between MCRC and Republic, MCRC was to obtain title to certain remaining properties in which Republic claimed an interest, such that the properties could be sold through the Bankruptcy Court, free and clear of liens.

3. On or about June 27, 2002, the United States Bankruptcy Court entered an order converting MCRC's Chapter 11 bankruptcy to a Chapter 7. Republic and MCRC entered into a supplemental agreement amending the original settlement agreement which was approved by the Bankruptcy Court in August 2003. Pursuant to the addendum to the settlement agreement, MCRC rescinded its reconveyances on certain remaining properties and Republic assigned its remaining interest in eight properties to the Chapter 7 Bankruptcy Trustee for liquidation through non-judicial foreclosure sales.

4. Since the Bankruptcy Court's approval of the addendum to the settlement agreement between Republic and MCRC, the Chapter 7 Bankruptcy Trustee has been involved in extensive settlement negotiations with various creditors and interested parties to the bankruptcy estate, including Republic, in an attempt to identify and settle any competing interests and/or lien rights in various real properties; including properties transferred by Republic to the Chapter 7 Bankruptcy Trustee, prior to attempting to liquidate the eight properties through

1 non-judicial foreclosure sales. The Chapter 7 Trustee has also spent a great deal of
2 time in seeking bankruptcy court approval of any compromises/settlements reached
3 among the interested parties as well as spending time in seeking court approval of
4 the sale of several real properties held by the bankruptcy estate. Specifically, the
5 Trustee recently received Court approval for the sale of one of the properties in
6 which Republic claims an interest and expects to receive another Court order shortly
7 to effectuate the sale of another Republic property.

8     5.    The Trustee and Republic have reached an agreement to discount the
9 amount owed to Republic pursuant to the terms of the settlement agreement and
10 addendum thereto in an effort to effect an earlier resolution of the claims of
11 Republic.

12     6.    On or about October 8, 2004, the Chapter 7 Trustee served his motion
13 to employ a foreclosure trustee and to conduct non-judicial foreclosures on the
14 remaining properties transferred by Republic to the Chapter 7 Trustee. No
15 objections have been filed to the Trustee's motion and an order is being prepared for
16 submission to the Court approving the commencement of the foreclosure
17 proceedings. Once the order is signed, it is anticipated that the notices of default
18 will be recorded shortly thereafter and the foreclosure sales, if any, will be
19 completed within approximately 120 days.

20     7.    At the time Republic filed its Cross-Claim in this action, Republic also
21 recorded notices of lis pendens on the properties in which it claimed an interest. The
22 lis pendens were recorded on or about August 28, 2000 and/or August 30, 2000.
23 Republic's lis pendens predate any subsequent transfers of the properties by MCRC
24 to new lenders whose deeds of trust are junior to that of Republic. Republic's lis
25 pendens also serve as constructive notice of Republic's claims that Republic's deeds
26 of trust were not paid off prior to MCRC's recording reconveyances and transferring
27 the properties to new lenders and the subsequent recording of new deeds of trust.

28   40006/0004/515617.1    -5-

Republic has now assigned its interest in the properties on which it recorded lis pendens to the Trustee. Accordingly, the Trustee has requested that Republic maintain its Cross-Claim against the remaining cross-defendants and keep the lis pendens in full force and effect on the properties in which Republic and/or the Chapter 7 Trustee still maintain an interest and to preserve their priority interest until such time as the sales of the remaining properties are completed.

8. The Chapter 7 Trustee anticipates that all matters concerning the MCRC bankruptcy estate, including the foreclosure of the remaining properties assigned by Republic, will be concluded within the next six to seven months. Thus, no additional continuances should be necessary such that this District Court case can be dismissed.

In view of these developments, it is not in the best interests of the parties still remaining in this action to proceed to trial at this time. It is anticipated that once the sales of the properties have been completed by the Chapter 7 Bankruptcy Trustee, and the completion of the terms of the settlement between the parties, Republic's Cross-Claim will be dismissed without the necessity of trial or further court intervention.

The parties agree that facsimile signatures upon this Stipulation are sufficient for its submission to the Court, and may be executed in counterparts.

**IT IS SO STIPULATED.**

DATED: November 9, 2004

SEVERSON & WERSON
A Professional Corporation

By: _____
SUZANNE M. HANKINS
Attorneys for Cross-Claimant
REPUBLIC BANK

40006/0004/515617.1

-6-

STIPULATION AND [PROPOSED] ORDER
CONTINUING PRETRIAL CONFERENCE

| | | |
|---|---|---|
| 1 | DATED: November 10, 2004 | ROBERT F. SCHAUER<br>Attorney for Cross-Defendants<br>DIANNE D. DAVID, PAMELA L. MILLER, EUGENE B. MEILAK and LEILANI MEILAK |
| 7 | DATED: November __, 2004 | PARILLA, MILITZOK, SHEDDEN & GARBER, LLP<br><br>By: _____<br>MARC ETTINGER<br>Attorneys for Cross-Defendants DONALD W. PETTY, MONIQUE BRAUD, VICTOR H. BOYD, II, TRUSTEE FOR THE VICTOR AND BERNARDINE FAMILY TRUST, RICHARD G. BENTER, CHARLES VUYTOWECZ, DIANE L. CALZADA, STEPHEN WHEATLEY, NORTON PARTNERS, LTD., CHARLES E. NEIGHBARGER, ALBERT ADAMS, SHIRLEY A. GREELEY-ADAMS |

## ORDER

IT IS ORDERED that the Pre-Trial Conference set December 3, 2004 is continued to _____ at _____.

DATED: _____

GARY L. TAYLOR
UNITED STATES DISTRICT JUDGE

1  DATED: November ___, 2004

ROBERT F. SHAUER
Attorneys for Cross-Defendants,
MORTGAGE CAPITAL RESOURCE
CORPORATION, KEN KETNER, DIANNE
D. DAVID, PAMELA L. MILLER, EUGENE
B. MEILAK, LEILANI MEILAK
and CHERYL KETNER

7  DATED: November 9, 2004

PARILLA, MILITZOK & SHEDDEN &
GARBER, LLP

By: /s/ Marc Ettinger
MARC ETTINGER
Attorneys for Cross-Defendants, DONALD
W. PETTY, MONIQUE BRAUD, VICTOR
H. BOYD, II, TRUSTEE FOR THE VICTOR
AND BERNARDINE FAMILY TRUST,
RICHARD G. BENTER, CHARLES
VUYTOWECZ, DIANE L. CALZADA,
STEPHEN WHEATLEY, NORTON
PARTNERS, LTD., CHARLES E.
NEIGHBARGER, ALBERT ADAMS,
SHIRLEY A. GREELEY-ADAMS,
BEVERLY BUCK and ANNE ALEXANDER

## ORDER

IT IS ORDERED that the Pre-Trial Conference set December 3, 2004 is continued to July 8, 2005 at 1:30 p.m.

DATED: November 15, 2004

/s/ Gary L. Taylor
GARY L. TAYLOR
UNITED STATES DISTRICT JUDGE

40006/0004/515617.1        -7-

STIPULATION AND [PROPOSED] ORDER
CONTINUING PRETRIAL CONFERENCE

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Irvine, County of Orange, California; my business address is Severson & Werson, 19100 Von Karman, Suite 700, Irvine, California 92612.

On the date below I served a copy, with all exhibits, of the following document(s):

**STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL CONFERENCE**

on all interested parties in said case addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] **(BY MAIL)** I caused an envelope to be deposited in the mail at Irvine, California, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine, California in sealed envelopes with postage fully prepaid.

[ ] **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ] **(BY FAX)** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ] **(BY OVERNIGHT DELIVERY)** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

This declaration is executed in Irvine, California, on November 11, 2004.

LINDA J. TARWATER

# SERVICE LIST

## PRUDENTIAL SECURITIES CREDIT CORP. v. MORTGAGE CAPITAL etc., et al.

United States District Court, Central District Case No. SA CV 00-538 GLT

| | |
|---|---|
| Marc Ettinger, Esq.<br>Paul H. Parilla, Esq.<br>Parilla, Militzok & Shedden LLP<br>One Park Plaza, Ste. 1250<br>Irvine, CA 92614-8509<br>Tel: (949) 263-1010<br>Fax: (949) 263-1693 | Attorneys for Cross-Defendants, DONALD W. PETTY, MONIQUE BRAUD, VICTOR H. BOYD, II, TRUSTEE FOR THE VICTOR AND BERNADINE FAMILY TRUST, RICHARD G. BENTER, CHARLES VUYTOWECZ, DIANE L. CALZADA; J. STEPHEN WHEATLEY; NORTON PARTNERS, LTD., CHARLES E. NEIGHBARGER, ALBERT ADAMS; SHIRLEY A. GREELEY-ADAMS, BEVERLY BUCK, and ANNE ALEXANDER |
| Robert F. Schauer, Esq.<br>Attorney at Law<br>1131 West Sixth Street<br>Ontario, CA 91762<br>Tel: (909) 983-5600<br>Fax: (909) 983-5706 | Attorneys for Cross-Defendants, DIANNE D. DAVID, PAMELA L. MILLER; EUGENE B. MEILAK and LEILANI MEILAK |
| T. Edward Malpass, Esq.<br>Law Offices of T. Edward Malpass<br>3333 Michelson Drive, Suite 800<br>Irvine, CA 92612<br>Tel: (949) 553-2000<br>Fax: (949) 553-1110 | Attorneys for Debtor and Debtor in Possession<br><br>MORTGAGE CAPITAL RESOURCE CORPORATION |
| William N. Lobel, Esq.<br>Irell & Manella<br>840 Newport Center Drive, Ste, 400<br>Newport Beach, CA 92660<br>Tel: (949) 760-0991<br>Fax: (949) 760-5200 | Attorneys for<br><br>KETNER BANKRUPTCY |