1  T. Edward Malpass, Esq., State Bar No: 112914
   LAW OFFICES OF T. EDWARD MALPASS
2  3333 Michelson Drive, Suite 825
   Irvine, CA 92612
3  Telephone:  (949) 553-2000
   Facsimile:  (949) 553-1110
4

5  Attorneys for Cross-Claimant,
   REPUBLIC BANK
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 PRUDENTIAL SECURITIES CREDIT ) No. SA CV 00-538 GLT (EEx)
   CORP., LLC,                  )
12                              ) (Action filed May 31, 2000)
              Plaintiff,        )
13                              )
        vs.                     ) **STIPULATION FOR**
14                              ) **SUBSTITUTION OF PARTY**
   MORTGAGE CAPITAL RESOURCES   ) **IN PENDING CROSS-ACTION;**
15  CORP; KEN KETNER; BENEFIT LAND ) **ORDER**
   TITLE; FIDELITY NATIONAL TITLE )
16 COMPANY; FIDELITY NATIONAL    ) [TO BE DETERMINED
   TITLE INSURANCE COMPANY;      ) WITHOUT HEARING]
17 DIANNE D. DAVID; EUGENE B.    )
   MEILAK; LEILANI MEILAK; DONALD )
18 W. PETTY; RICHARD G. BENTNER; )
   CHARLES VUYTOWECZ; J. STEPHEN )
19 WHEATLEY DIANE L. CALZADA;    )
   VICTOR H. BOYD, II TRUSTEE FOR )
20 THE VICTOR AND BERNADINE      )
   FAMILY TRUST; MONIQUE BRAUD;  )
21 PAMELA L. MILLER; REPUBLIC BANK;)
   ALL PERSONS UNKNOWN CLAIMING  )
22 ANY LEGAL OR EQUITABLE RIGHT, )
   THE PROPERTIES DESCRIBED IN THE )
23 COMPLAINT ADVERSE TO          )
   PLAINTIFF'S TITLE, OR ANY CLOUD )
24 ON PLAINTIFF'S TITLE THERETO; and )
   DOES 1 through 10,            )
25                               )
              Defendants.        )
26 ------------------------------)
   REPUBLIC BANK,                )
27                               )
              Counter-Claimant,  )
28                               )

Heller
Ehrman
White &
McAuliffe

STIPULATION FOR SUBSTITUTION OF PARTIES IN PENDING CROSS-ACTION

| | |
|---|---|
| 1 | vs. )|
| 2 | PRUDENTIAL SECURITIES CREDIT )<br>CORP., LLC; ALL PERSONS UNKNOWN )|
| 3 | CLAIMING ANY LEGAL OR )<br>EQUITABLE RIGHT, TITLE, ESTATE, )|
| 4 | LIEN OR INTEREST IN THE )<br>PROPERTIES DESCRIBED IN THE )|
| 5 | COMPLAINT ADVERSE TO )<br>COUNTERCLAIMANT'S TITLE, OR ANY )|
| 6 | CLOUD ON COUNTERCLAIMANT' )<br>TITLE THERETO; and DOES 1 through 10,)|
| 7 | Counter-Defendants. )|
| 8 | REPUBLIC BANK, )|
| 9 | Cross-Claimant, )|
| 10 | vs. )|
| 11 | MORTGAGE CAPITAL RESOURCES )<br>CORPORATION; KENNETH C. KETNER;)|
| 12 | CHERYL KETNER; BENEFIT LAND )<br>TITLE INSURANCE COMPANY, et al., )|
| 13 | Cross-Defendants. )|
| 14 | |
| 15 | BENEFIT LAND TITLE INSURANCE )<br>COMPANY, )|
| 16 | )|
| 17 | Counter-Claimant, )|
| 18 | vs. )|
| 19 | REPUBLIC BANK, )|
| 20 | )|
| 21 | Counter-Defendant. )|
| 22 | BENEFIT LAND TITLE INSURANCE )<br>COMPANY, )|
| 23 | )|
| 24 | Cross-Claimant, )|
| 25 | vs. )|
| 26 | )|
| 27 | RICHARD G. BENTER; VICTOR H. )<br>BOYD, II; VICTOR H. BOYD, II, )|
| 28 | TRUSTEE FOR THE VICTOR & )|

Heller Ehrman White & McAuliffe LLP

BERNADINE FAMILY TRUST; )
DIANNE D. DAVID; ET AL., )
)
        Cross-Defendants. )
)

TO THE HONORABLE GARY L. TAYLOR, THE UNITED STATES DISTRICT JUDGE:

    Republic Bank, solely in its capacity as Cross-Claimant in the cross-action presently pending in the above-captioned case, ("Republic") and Richard Marshack, Chapter 7 Trustee for Mortgage Capital Resource Corporation, (the "Trustee") by their respective counsel, hereby stipulate and agree as follows:

    1.    Republic is the Cross-Claimant in the cross-action filed by Republic against certain Defendants and third parties (the "Cross-Action").

    2.    Richard Marshack is the duly appointed and acting Chapter 7 Trustee for Mortgage Capital Resource Corporation ("MCR") in MCR's Chapter 7 bankruptcy case, which is presently pending in the Bankruptcy Court in this district, *In re Mortgage Capital Resource Corp.*, Chapter 7 Case No. SA01-10726JB (the "Bankruptcy Case").

    3.    In the Cross-Action, Republic asserts claims against MCR and other parties.

    4.    On January 30, 2001, while the Cross-Action was pending, MCR filed a Chapter 11 Bankruptcy Petition.

    5.    MCR and Republic entered into a settlement under which Republic was permitted to complete foreclosure proceedings with regard to certain properties and MCR agreed to pay $825,000.00 to Republic.

6.  The settlement was authorized and approved by the Bankruptcy Court in an order entered in the Bankruptcy Case on May 1, 2002.

7.  Subsequent to the settlement between MCR and Republic, the Bankruptcy Case was converted from a reorganization case under Chapter 11 to a liquidation case under Chapter 7 of the Bankruptcy Code. Richard Marshack was duly appointed as Chapter 7 Trustee.

8.  Following additional negotiations, the Trustee and Republic entered into an agreement to amend the settlement. The amendment was authorized and approved by the Bankruptcy Court in an order entered on August 5, 2003 in the Bankruptcy case.

9.  The Amended Settlement Agreement provided, among other things, that Republic would assign certain rights and claims to MCR. The rights and claims asserted by Republic in the Cross-Action are among the rights and claims assigned to MCR in the Amended Settlement Agreement.

10. In accordance with the provisions in the Amended Settlement Agreement, the Trustee and Republic Bank have agreed, and hereby stipulate, that the Trustee may be substituted as Cross-Claimant in the Cross-Action in the place of Republic.

11. Following the substitution of parties, the Trustee's Special Litigation Counsel, T. Edward Malpass, shall be substituted as counsel for the Trustee, new Cross-Claimant in the Cross-Action.

SO STIPULATED AND AGREED:

Dated: 2/18/05

_____
T. EDWARD MALPASS
Special Counsel for Richard Marshack,
Chapter 7 Trustee for Mortgage Capital
Resource Corp.

- 5 -
STIPULATION FOR SUBSTITUTION OF PARTIES IN PENDING CROSS-ACTION

| | | |
|---|---|---|
| 1 | Dated: 2/8/05 | SEVERSON & WERSON |
| 2 | | |
| 3 | | By: _____ |
| 4 | | SUZANNE M. HANKINS<br>Attorneys for Republic Bank |
| 5 | | |
| 6 | | |
| 7 | IT IS SO ORDERED. | |
| 8 | | |
| 9 | | |
| 10 | DATED: 2/24/2005 | _____ |
| 11 | | GARY L. TAYLOR<br>UNITED STATES DISTRICT JUDGE |

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Irvine, County of Orange, California; my business address is Severson & Werson, 19100 Von Karman, Suite 700, Irvine, California 92612.

On the date below I served a copy, with all exhibits, of the following document(s):

**STIPULATION FOR SUBSTITUTION OF PARTY IN PENDING CROSS-ACTION; ORDER**

on all interested parties in said case addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] **(BY MAIL)** I caused an envelope to be deposited in the mail at Irvine, California, with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine, California in sealed envelopes with postage fully prepaid.

[ ] **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ] **(BY FAX)** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ] **(BY OVERNIGHT DELIVERY)** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

This declaration is executed in Irvine, California, on February 22, 2005.

_____
LINDA J. TARWATER

# SERVICE LIST

## PRUDENTIAL SECURITIES CREDIT CORP. v. MORTGAGE CAPITAL etc., et al.
### United States District Court, Central District Case No. SA CV 00-538 GLT

| | |
|---|---|
| Marc Ettinger, Esq.<br>Paul H. Parilla, Esq.<br>Parilla, Militzok & Shedden LLP<br>One Park Plaza, Ste. 1250<br>Irvine, CA 92614-8509<br>Tel: (949) 263-1010<br>Fax: (949) 263-1693 | Attorneys for Cross-Defendants, DONALD W. PETTY, MONIQUE BRAUD, VICTOR H. BOYD, II, TRUSTEE FOR THE VICTOR AND BERNADINE FAMILY TRUST, RICHARD G. BENTER, CHARLES VUYTOWECZ, DIANE L. CALZADA; J. STEPHEN WHEATLEY; NORTON PARTNERS, LTD., CHARLES E. NEIGHBARGER, ALBERT ADAMS; SHIRLEY A. GREELEY-ADAMS, BEVERLY BUCK, and ANNE ALEXANDER |
| Robert F. Schauer, Esq.<br>Attorney at Law<br>1131 West Sixth Street<br>Ontario, CA 91762<br>Tel: (909) 983-5600<br>Fax: (909) 983-5706 | Attorneys for Cross-Defendants, DIANNE D. DAVID, PAMELA L. MILLER; EUGENE B. MEILAK, LEILANI MEILAK, MORTGAGE CAPITAL RESOURCE CORPORATION, KENNETH C. KETNER and CHERYL KETNER |
| T. Edward Malpass, Esq.<br>Law Offices of T. Edward Malpass<br>3333 Michelson Drive, Suite 800<br>Irvine, CA 92612<br>Tel: (949) 553-2000<br>Fax: (949) 553-1110 | Attorneys for Debtor and Debtor in Possession<br><br>MORTGAGE CAPITAL RESOURCE CORPORATION |
| William N. Lobel, Esq.<br>Irell & Manella<br>840 Newport Center Drive, Ste, 400<br>Newport Beach, CA 92660<br>Tel: (949) 760-0991<br>Fax: (949) 760-5200 | Attorneys for<br><br>KETNER BANKRUPTCY |