## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUDENTIAL SECURITIES, ETC, et al<br><br>PLAINTIFF(S)<br>v.<br>MORTGAGE CAPITAL, ETC, et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACV 00-538-GLT(EEx)<br><br>**ORDER RETURNING CASE<br>FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

June 17, 2005
Date

United States District Judge            GARY L. TAYLOR

---

### NOTICE TO COUNSEL FROM CLERK:

This case has been reassigned to Judge _Dale S Fischer_ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials _DSF (PJWx)_ after the case number in place of the initials of the prior judge so that the case number will read _SACV 00-538 DSF (PJWx)_

This is very important because documents are routed to the assigned judge by means of the initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western   ☐ Southern   ☐ Eastern Division.

**Subsequent documents must be filed at the ☒ Western   ☐ Southern   ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

159

ORDER RETURNING CASE FOR REASSIGNMENT

CV-89 (01/05)